**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARCO A. NUNEZ, | ) | NO. CV 20-5934-DMG(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MR. W.S. PLILER, | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Pursuant to the "Order Dismissing Petition Without Prejudice and Without Leave to Amend,"

    IT IS ADJUDGED that the Petition is dismissed without prejudice and without leave to amend.

DATED: October 1, 2020


_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE